

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL CREGHAN : CIVIL ACTION

v. :

PROCURA MANAGEMENT, INC. : NO. 14-1847

ORDER

AND NOW, this 9th day of March, 2015, upon the Court's receipt of a question regarding the reconciliation of ¶ 11 of this Court's earlier Order of today with ¶ 4 of this Court's Order of January 22, 2015, it is hereby ORDERED that the dates in the January 22, 2015 Order are MOOT and the scheduling of trial shall be DEFERRED[1] pending this Court's review of the parties' submissions pursuant to ¶ 11 of our earlier Order of today.

BY THE COURT:

/s/ Stewart Dalzell
Stewart Dalzell, J.

---

[1] Lest there be any residual ambiguity, NONE of the deadlines of the January 22, 2015 Order remains operative.